UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | CR 09-54 PJS/FLN |
| Plaintiff, | |
| v. | O R D E R |
| Nicholas Rosas-Gutierrez, | |
| Defendant. | |

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated September 23, 2009, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that Defendant's motion to suppress evidence obtained through illegal search [#13] is DENIED AS MOOT.

DATED: October 11, 2009.       s/Patrick J. Schiltz
at St. Paul, Minnesota       Patrick J. Schiltz
    United States District Judge